140-5940                                                                    SB:CR

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CARESS SHUMAKER,                        )
        Plaintiff,                 )
                                      )
    vs.                                 )          Case No. 1:18-cv-03985
                                      )
METROPLEX, INC., et. al.,               )
        Defendants.                )

## NOTICE OF FILING

To:    Melinda Power; melindapower1@gmail.com
        Kate Walz; katewalz@povertylaw.com
        Emily Coffey; emilycoffey@povertylaw.com
        Rachel White-Domain; rwhitedomain@gmail.com
        Charles Prochaska; cprochaska@salawus.com

PLEASE TAKE NOTICE that on the __21st__ day of November, 2018 we filed with the United States District Court for the Northern District of Illinois, Eastern Division located at 219 S. Dearborn Street, Chicago, Illinois, the Defendant, Tact 1, LLC.'s attached Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint.

**Attorney for Defendant**
**DANA CROWLEY & ASSOCIATES**
**760 W. Main Street, Suite 120**
**Barrington, Illinois 60010**
**847-387-3142 (t) 847-387-3617 (f)**
**Danacrowley2@gmail.com**
**ARDC No. 6187464**

## PROOF OF SERVICE BY ELECTRONIC MAIL

The undersigned attorney certifies that the attached documents were served on the party(ies) as above addressed by electronic mail on the **21st day of** November , 2018.

                      /s/ Dana C. Crowley