IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Caress Shumaker,<br><br>Plaintiff(s),<br><br>v.<br><br>Metroplex, Inc., et al.,<br><br>Defendant(s). | Case No. 18 C 3985<br>Judge Matthew F. Kennelly |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

　　　which ☐ includes        pre–judgment interest.
　　　　　　☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒　　in favor of defendants Metroplex, Inc., 2101 S. Michigan LLC, and TACT 1 LLC
　　　and against plaintiff Caress Shumaker

Defendant(s) shall recover costs from plaintiff(s).

---

☐　　other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion


Date: 1/18/2019　　　　　　　　　　　　　　　Thomas G. Bruton, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　Pamela J. Geringer, Deputy Clerk